IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TYRONE HUMPHREY and BRANDI HUMPHREY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:14-CV-1187 |
| v. | ) ) | JUDGE NIXON/BROWN |
| DAVID JUSTO and COLUMBUS FREIGHT, LLC, | ) ) ) | Jury Trial Requested |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR
RULE 26 INITIAL DISCLOSURES OUT OF TIME**

NOW COME Plaintiffs Tyrone Humphrey and Brandi Humphrey, by and through Josette M. Chambers, Esq., one of their attorneys, and hereby submit this, their request to file their Rule 26 Initial Disclosures out of time. As grounds for this request, Plaintiffs hereby state as follows:

1. This honorable court entered a Case Management Order (Doc. No. 17) in this instant case on August 4, 2014. That Order memorializes the agreement made by the parties' respective counsel to exchange their Rule 26 Initial Disclosures no later than July 30, 2014.

2. However, at the behest of the honorable Judge Brown, the parties' respective representatives attempted to amicably resolve this matter.

3. Settlement discussions concluded on September 10, 2014 with no resolution of this case.

**ORDER**
**Motion Granted** for time requested.
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

1